UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____x

**NATURAL BORN CITIZEN PARTY**
**NATIONAL COMMITTEE**
**AND HAROLD WILLIAM VAN ALLEN**
351 NORTH ROAD, HURLEY NY 12443 845-389-4366 hvanallen@hvc.rr.com
AND THOSE SIMILARLY SITUATED NATURAL BORN U.S. CITIZENS
INCLUDING RELATED CASE 14-cv-00995-RJL CHRISTOPHER EARL STRUNK
Plaintiffs

v

**FEDERAL ELECTIONS COMMISSION**
999 E Street NW; Washington DC 20463
**FEDERAL BUREAU OF INVESTIGATION**
935 PENNSYLVANIA AVE, NW; WASHINGTON DC 20535-0001
And other defendants in related case USDC-DCD 14-cv-00995-RJL Including:
**US DEPARTMENT OF STATE**; 2201 C Street NW; Washington DC 20520
**CENTRAL INTELLIGENCE AGENCY**; Washington DC 20505
**BARACK HUSSEIN OBAMA II**; 1600 Pennsylvania Ave NW; Washington, DC 20500
**US COPYRIGHT OFFICE**; 101 Independence Ave SE; Washington, DC 20559-6000
**NYS Board of Elections** by its agents at 40 North Pearl St Suite 5; Albany, NY 12207-2729
Defendants

US ATTORNEY GENERAL; 950 Pennsylvania Ave NW, Washington, DC 20530
NYS ATTORNEY GENERAL; The Capitol, Albany, NY 12224-0341

_____

**COMPLAINT and PETITION**
**FBI FOIA FREEDOM OF INFORMATION ACT APPEAL 5 U.S.C. § 552,**
**And**
**FEC FOR A SPECIAL WRIT OF MANDAMUS FOR EQUITY RELIEF OF**
**28 U.S.C. § 2201 and 2202**
**And**
**REMOVAL FROM STATE COURT OF CLOSELY RELATED NATURAL BORN CITIZEN**
**(NEW YORK) STATE TRIAL COURT CASE(S)**
**And finally**
**ASSIGNMENT TO A SPECIAL THREE JUDGE US DISTRICT COURT**
**WITH A SPECIAL MASTER UNDER 28 U.S.C. § 2284**

COMPLAINT with Petition for Assignment to Special Three Judge District Court
and Petition for Writ of Mandamus
Page 1

PAGE 1 / 1

# FEC FORM 2
## STATEMENT OF CANDIDACY

| 1. (a) Name of Candidate (in full)<br>Christopher Earl Strunk | | |
|---|---|---|
| (b) Address (number and street)<br>593 Vanderbilt Ave. #281 | ☐ Check if address changed | 2. Candidate's FEC Identification Number |
| (c) City, State, and ZIP Code<br>Brooklyn                NY      11238 | | 3. Is This<br>Statement  ☒ New<br>(N)  OR  ☐ Amended<br>(A) |
| 4. Party Affiliation<br>NBC | 5. Office Sought<br>Presidential | 6. State & District of Candidate |

### DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2016___ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

Natural Born Citizen Party National Committee

(b) Address (number and street)
351 North Road

(c) City, State, and ZIP Code

Hurley                                    NY        12443

### DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate<br>*Christopher Earl Strunk*  [signature] A &∞ n | Date<br>04/21/2015 |
|---|---|

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

06/02/2015 23 : 06

Image# 15951449458

PAGE 1 / 2

# FEC FORM 2
## STATEMENT OF CANDIDACY

| | | | |
|---|---|---|---|
| 1. (a) Name of Candidate (in full)<br>Harold William Van Allen | | | |
| (b) Address (number and street)<br>351 North Road | ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>P60007713 | |
| (c) City, State, and ZIP Code<br>Hurley                    NY    12443 | | 3. Is This<br>Statement  ✕  New (N)  OR  Amended (A) | |
| 4. Party Affiliation<br>NBC | 5. Office Sought<br>Presidential | 6. State & District of Candidate | |

### DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ____2016____ election(s).
(year of election)

NOTE: This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)
NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE

(b) Address (number and street)
351 NORTH ROAN

(c) City, State, and ZIP Code
HURLEY                                        NY        12443

### DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

NOTE: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate<br>*Harold William Van Allen*   [Electronically Filed] | Date<br>06/02/2015 |
|---|---|

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2

## STATEMENT OF CANDIDACY

### FILING FEC-1005625

### 1. Christopher Earl Strunk

593 Vanderbilt Ave. #281
Brooklyn, NY 11238

### 2. Identification Number: P60007010

### 3. Party: NBC

### 4. Office Sought: President

### 5-6. State & District of Candidate: _____ - 0

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

**7. I hereby designate the following named political committee as my Principal Campaign Committee for the 2016 election(s).**

NATURAL BORN CITIZEN PARTY NATIONAL COMMITTEE
FEC ID #: C00576603
351 NORTH ROAN
HURLEY, NY 12443

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES

**8. I hereby designate the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.**

## DECLARATION OF INTENT TO EXPEND PERSONAL FUNDS (House or Senate Only)

**9. I intend to expend personal funds exceeding the threshold amount (see 11 C.F.R. 400.9) by**

9A. **0.00** for the primary election, and
9B. **0.00** for the general election

**Signed as: Christopher Earl Strunk**
**Signed by the candidate on: 04/23/2015**

**Filed: 04/23/2015**

## (End FEC FORM 2)

Generated Tue Jun 23 12:49:03 2015

Federal Election Commission, 999 E Street, NW, Washington, DC 20463 (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to: webmaster@fec.gov.

FAIRLENE G. RABENDA   06-07

569

$\frac{50-17}{223}$ 3256

DATE 06/22/15

PAY TO THE
ORDER OF   Natural born Citizen Party Natl. committee   $ 100 00/00

One Hundred and 00/00   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO   candidate elector potus

Fairlene Rabenda

KAY CAUSEY
PH. 770 ~~~~ ~~~~
~~~~~~~~~~~~~~~~~~~

35-129/842  313                    2153

DATE 5/25/15

PAY TO
THE ORDER OF  NBC Party                    $ 100. 00

One hundred and 00                    DOLLARS

Tower Club

RENASANT
BANK   1-800-680-1601
       www.renasantbank.com

MEMO donation                    Kay C., Agent

⑆ 02153



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Mr. Harold W. Van Allen
351 North Road                          Re:   Appeal No. AP-2015-02839
Hurley, NY 12443                              Request No. 1321432
hvanallen@hvc.rr.com                          SRO:DRC

**VIA: E-Mail**

Dear Mr. Van Allen:

You appealed from the action of the Federal Bureau of Investigation on your request for records concerning the 1957 American Mob Conference.

After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI informed you that it could locate no responsive main file records subject to the Freedom of Information Act in its files. I have determined that the FBI's action was correct and that it conducted an adequate, reasonable search for such records. I note that the FBI searched its automated indices, as well as its manual indices for Headquarters and the New York Field Office.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

5/6/2015

X ~~Sean O'Neill~~

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: Sean O'Neill



**U.S. Department of Justice**

_____

*Washington, D.C. 20530*

April 6, 2015

Harold William Van Allen
351 North Road
Hurley, NY   12443

Dear Mr. Van Allen:

This is in response to your request for records, Tracking Number, EMRUFOIA032915-3.   Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Office of Information Policy
> Department of Justice
> Suite 11050
> 1425 New York Avenue, N.W.
> Washington, DC   20530-0001
> (202) 514-FOIA

Sincerely,

Evie Sassok, Assistant Director
Logistics Management
Facilities and Administrative Services Staff
Justice Management Division



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 9, 2015

MR. HAROLD WILLIAM VAN ALLEN
351 NORTH ROAD
HURLEY, NY 12443

FOIPA Request No.: 1321432-000
Subject: INVESTIGATION OF THE
AMERICAN MOB CONFERENCE
(APALACHIN, NY – 1957)

Dear Mr. Van Allen:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System.   We were unable to identify main file records responsive to the FOIA.   If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.   See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely.   The envelope and the letter should be clearly marked "Freedom of Information Appeal."   Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

Enclosures



# FBI FACT SHEET

- **The primary function of the FBI is national security.**

- **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920s.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, counter-intelligence, cyber crime, public corruption, civil rights, organized crime, white collar crime, major thefts, violent crime, and applicants.

- **The FBI does not issue clearances or non-clearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should contact that entity. Most government agencies have websites which are accessible on the internet which have their contact information.

- **An identification record or "rap sheet" is NOT the same as an "FBI file."** It is a listing of information taken from fingerprint cards and related documents submitted to the FBI in connection with arrests, federal employment, naturalization or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, Criminal Justice Information Services (CJIS) Division, Record Request, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Along with a specific written request, the individual must submit a new full set of his/her fingerprints in order to locate the record, establish positive identification, and ensure that an individual's records are not disseminated to an unauthorized person. The fingerprint submission must include the subject's name, date and place of birth. There is a required fee of $18 for this service, which must be submitted by money order or certified check made payable to the Treasury of the United States. A credit card payment option is also available. Forms for this option and additional directions may be obtained by accessing the FBI Web site at www.fbi.gov/about-us/cjis/background-checks/background_checks.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index (UNI) to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to a requesting federal, state or local agency. Names are searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file, while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine if it is applicable to the individual in question.

- **The Record/Information Dissemination Section (RIDS)** searches for records and provides copies of FBI files responsive to Freedom of Information or Privacy Act (FOIPA) requests for information. RIDS provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject's name, event, activity, or business is searched to determine whether there is an associated investigative file. This is called a "main file search" and differs from the **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI, VISIT OUR WEBSITE AT**
**www.fbi.gov**

1/26/2012



JOSEPH A. D'AMICO
SUPERINTENDENT

**NEW YORK STATE POLICE**
**BUILDING 22**
**1220 WASHINGTON AVE.**
**ALBANY, N. Y.  12226-2252**

January 29, 2015

Mr. Harold Van Allen
*Via E-Mail: billyanallen@icloud.com*

Dear Mr. Van Allen:

     Reference is made to your e-mail correspondence dated and received at this office on November 10, 2014, requesting this agency certify that we do not have the NYSP original criminal documentation analyses and internal reports based upon the 1957 investigation and any communication with USDOJ FBI J.E. Hoover, pursuant to the requirements of Article 6 of the Public Officers Law (Freedom of Information).

     I do hereby certify that a search of our files failed to locate any NYSP original criminal documentation analyses and internal reports pertaining to the 1957 investigation of the American mob conference in Apalachin, New York or any communication with USDOJ FBI J.E. Hoover. For your reference, I have attached an eight-page newspaper article copied from our historical files pertaining to the Apalachin 1957 mob conference that is specific to the investigation. Any appeals must be made in writing and mailed to the Records Appeal Officer, Administration, at the address listed above.

Sincerely,

T/Lieutenant Debra L. Benziger
Records Access Officer
Central Records Bureau

DLB/jef

**Herald American**

# Parade

## How a country cop crippled the Mafia

The 13-year chase behind the
great crime story of our day



Country Cop Ed Croswell: His hunch paid off



COPY

## ey said it could kill her, but...

# EPT ON DANCING



COPY

MIAMI, FLA.

DISBELIEF, then panic, raced through Eileen O'Dare as the doctor looked up from the X-ray prints spread before him.

"You have TB, Eileen," he said, gently. "You might as well forget about your dancing."

Thus, a single clinical conclusion seemed to erase the achievements of a 10-year struggle to stardom, snuff out a promising career of yet more fame and fortune, reduce willowy Eileen O'Dare, still in her early twenties, to the mercies of a disease she knew only from Christmas Seals.

But the story—and Eileen—didn't end there. In the next 19 months she showed that a determined and independent young woman, in her gravest hour, even would risk her life to dance.

Back in 1955 the world was Eileen's stage. In Paris reviews, on nation-wide television, in plush supper clubs of the U.S. and Australia, she was the exciting new dancing star.

Then, the cough started. At first a bothersome throat condition. A cold, perhaps, she thought.

During a performance in Cincinnati, though, she collapsed, and tests gave her the truth—tuberculosis.

Her world crumbling, she entered a hospital at Saranac Lake, N.Y., for the TB treatment that promised survival but ruled out what meant most—dancing.

"I looked around, and saw my fellow patients just lying there in varying states of hopelessness. I took stock. I wasn't ready to hang up my dancing shoes."

### A Course of Mutiny

She resolved on a course of mutiny—she would do exactly what she was told *not* to do.

First came the baths, a ritual of daily living outlawed for the TB patient. Eileen found a way of accumulating enough water from a dripping faucet to immerse herself while the hospital slept on, unbathed.

As for exercise—something akin to signing one's own death warrant in a TB hospital—Eileen would make sure the coast was clear, then hurl herself into a frenzy of under-the-sheets calisthenics.

After 15 months, she and the hospital parted company in an unforgettable moment of revolt when she was caught sprinting the length of a corridor to cheer other patients and unlimber herself.

Back home, her doctor allowed Eileen to pursue self-disciplined convalescence — a movie each week, plenty of reading, a little exercise, regular medication.

One night she induced her doctor to escort her to a night club. During intermission Eileen excused herself. Five minutes later, out she pranced onstage, joyfully kicking as high as the other girls.

Today, at 26, Eileen has the TB scars in her lungs.

## On Parade

Sgt. Edgar DeWitt Croswell (see cover) has been a New York state trooper for 18 years. In that time Croswell has worked all the troop areas of the state and because of his great sleuthing qualities has been loaned out to various district attorneys for investigations of gambling, vice and corruption.

In addition to his now-famous raid on the Mafia at Apalachin, N.Y., Croswell has participated in the 1948 state-wide lottery raids, the 1949 and 1950 raids on protected gambling in Binghamton, the 1953 raid of gambling in Poughkeepsie, the 1959 raids in Utica.

Croswell, born in Woodstock, N.Y., on July 13, 1913, told PARADE reporter Lloyd Shearer (with Croswell, below) that since the Apalachin raid he'd been offered top-paying investigative jobs in private industry. He's turned them all down. "I'm hooked," he explains, "not only because of the pension setup—you can take a pension after 20 or 25 years of service—but simply because I like being a New York state trooper more than I like being anything else."

It's lucky for the state of New York that Croswell feels that way.



### The Sunday Picture Magazine

**JESS GORKIN,** *Editor*

| | |
|---|---|
| Donald Wayne | Lou Sardella |
| *Managing Editor* | *Art Director* |

Morton Yarmon, *Associate Managing Editor*

Robert P. Goldman
Edwin Kiester, Jr.   Charles H. Klensch
*Associate Editors*

Eleanor Choate Darnton, *Women's Editor*



## COUNTRY COP ED CROSWELL

# HE CRIPPLED THE MAFIA

### by LLOYD SHEARER

The tentacles of the law are closing in on the nation's most vicious and powerful crime syndicate.

Six weeks ago the U.S. Justice Department convicted Vito Genovese on a narcotics charge. His sentence: 15 years and a $20,000 fine.

The New York State Investigation Commission, granting eight alleged gangsters immunity, asked each: "What were you doing in Apalachin, N.Y., on November 14, 1957?" For refusing to answer to the court's satisfaction, they were placed in New York's civil prison.

The Immigration Department has denaturalized two alleged Mafia members, hopes to deport them and 20 others.

The Internal Revenue Service has charged Joe Barbara, crime convention host, with income-tax evasion.

And several weeks ago the U.S. indicted on conspiracy charges a number of those who had attended the Apalachin meeting, named Barbara and others as co-conspirators.

These men are reputed members of the dreaded Mafia.

They were exposed by Sgt. Edgar Croswell, New York state trooper, in one of the most important, revealing and far-reaching raids ever engineered by a police officer.

Here for the first time is the detailed story of this country cop who rounded up these mobsters and brought down upon them the wrath of law-enforcement agencies.



Host Joe Barbara Sr., whose home (r.) was scene of alleged Mafia meeting. Croswell kept watch on Barbara for 13 years after Barbara screamed at him for apprehending a gas thief.





Chief fish in Croswell's net turned out to be Vito Genovese, since sentenced to 15 years, fined $20,000 on narcotics charge. Genovese is said to be head of the Mafia in the U.S.

8

ne 14, 1959



FOR DECADES crime in the U.S. has been controlled by an underworld cartel of terrorists variously called the Mafia, the *Unione Siciliano*, the Mob or the Syndicate.

Mob members, practically all of whom are Sicilian-born or of Sicilian origin, are known as *Mafiosi*. The crimes they have committed encompass murder-as-necessary, dope-peddling, gambling, enforced prostitution, extortion and labor-racketeering.

Harry J. Anslinger, chief of the Federal Bureau of Narcotics; William P. Rogers, U. S. Attorney General, and police agencies in France, England, Italy and Turkey have long acknowledged the existence of a world-wide gangster federation, under whatever name, and have energetically tried to stamp it out.

Three well-publicized attempts within memory involve the convictions of Al Capone for income-tax evasion in 1932, of Charles "Lucky" Luciano for compulsory prostitution in 1936, of Frank Costello for income-tax evasion in 1954. These three convictions did not affect the continuity of the hoodlum empire because all *Mafiosi* are sworn to uphold the code of *omerta* (absolute silence concerning the mob). Thus, police agencies have never been able to obtain from a single Mafia member any substantial information concerning the roster of the *fratellanza* (the "brotherhood" as a whole).

The law's biggest break in its drive against the Mafia came almost two years ago, on November 14, 1957.

An obscure country cop named Edgar DeWitt Croswell engineered a surprise raid on the 58-acre estate of Joe Barbara, 54, in the hamlet (pop: 350) of Apalachin, N.Y.

Croswell corralled 61 alleged members of the Mafia, four of whom managed to escape his roadblock.

This largest haul of *Mafiosi* was no mere accident. It resulted from Croswell's determined sleuthing and intelligent crime detection.

It proved once and for all that the Mafia had established a network of gangs throughout the country, that it convened from time to time and that it was linked up with the Milano brothers of Cleveland, the Carlos Marcello dope ring in New Orleans, the Dragna cutthroats in California, the Santo Trafficante gambling ring of Tampa and Havana, the Accardo-Guzik-Fischetti syndicate of Chicago.

### Were They "Wanted"?

Although he had no apparent legal grounds on which to hold any of the 60 shady characters he apprehended, Sergeant Croswell, with the help of fellow state troopers, was able to detain most of them for ten to eight hours.

He searched and interrogated them, checking their names against "wanted" lists, hoping to hold them so as agents from every branch of the Government might fly in and look at these underworld big shots. He even conferred with his superiors and had them check the New York penal law, but the closest holding device two lieutenants, Weidenborner and Murphy, could come up with was a statute making it illegal "to consort in a public place for unlawful purposes." And he used alleged *Mafiosi* had not consorted in a public place. They had driven and flown in from 11 different states to meet at the private residence of Joe Barbara, soft-drink and beer distributor who in the 1930s had been suspected of three Pennsylvania murders. Why had these characters convened at Apalachin? To discuss the recent killing of Albert Anastasia, boss Murder Inc., and divide up his empire? To decide what to do about Lucky Luciano's demanded price for heroin smuggled in from Italy? To assign, as

U.S. Attorney Paul Williams believes, new territorial franchises for dope-peddling, labor-racketeering and gambling in this country?

Not at all, they said. "We heard Joe Barbara was sick," one explained, "and we dropped in to see him. He had a heart attack, you know, and he's our friend."

"How come all of you dropped in at the same time?" asked Sergeant Croswell.

"An accident," was the answer.

What this "accident" accomplished was to turn the spotlight of publicity on the Mafia and for the first time identify to the country at large many of the nation's most ruthless *Mafiosi* and their associates.

In Buffalo, N.Y., for example, people wondered what John Montana, an ex-councilman and taxicab company president, was doing at Apalachin in the midst of these vicious thugs.

In Los Angeles, police became profoundly interested in the activities of Frank De Simone. What, they wanted to know, had brought De Simone, a lawyer, to the gangster convention?

### A primer on the Mafia

**1** There is a nation-wide crime syndicate known as the Mafia whose tentacles are found in many large cities.

**2** Its leaders are usually found in control of the most lucrative rackets in their cities.

**3** There are indications of a centralized direction and control of these rackets, but leadership appears to be in a group rather than in a single individual.

**4** The Mafia is the cement that helps to bind the Costello-Adonis-Lansky syndicate of New York and the Accardo-Guzik-Fischetti syndicate of Chicago as well as smaller criminal gangs and individual criminals throughout the country. These groups have kept in touch with Luciano since his deportation from this country.

The Mafia today acts closely with many persons who are not of Sicilian descent. Moreover, it must be pointed out most strongly that the Mafia group comprises only a very small fraction of a percentage even of Sicilians. It would be most unfortunate if any inferences were erroneously drawn in any way derogatory to the vast majority of fine law-abiding citizens of Sicilian and Italian extraction.

*Extracts from The Kefauver Committee Report on Organized Crime.*

In San Gabriel, Calif., reporters began investigating Simone Scozzari. When Sergeant Croswell asked Scozzari his occupation, Scozzari had answered, "Unemployed for 20 years." But in Scozzari's pockets Croswell had found $9,000 in cash. "The last job I had," Scozzari explained, "it paid very well."

After the Apalachin raid, U.S. Attorney General Rogers turned his Department of Justice sleuths on the mob with orders to go all-out and get every last one of them.

"To date," Rogers recently told PARADE, "we're doing pretty well. In April we got Vito Genovese, alleged head of the Mafia, convicted on a narcotics conspiracy charge and sent up for 15 years. We also convicted two others from the Apalachin raid: Frank De Simone of Downey, Calif., and Natale Evola of New York.

"Under indictment we've got Dominic Alaimo of Scranton for labor-racketeering and John Ormento for narcotics. In May we arraigned Joe Barbara on income-tax evasion charges. Already denaturalized with

*Copyright Parade Publications 1959*

citizenship revoked are Joseph Profaci and Peter Licavoli. Pending denaturalization cases involve Carlo Gambino and Russell Bufalino. The Commissioner of Immigration and Naturalization also is working on some 20 other deportation possibilities from the Apalachin crowd. (Of the 60 men apprehended at Apalachin, 34 are Italian-born.) We're determined to use every legal means at our command to break up this organized underworld."

In addition to the F.B.I. and agents of the Immigration and Naturalization Service, agents from the Internal Revenue Service, the Narcotics Bureau, various federal and state grand juries, the New York State Legislative Watchdog Committee, the New York State Investigation Commission and others are on the trail of the characters apprehended by Sgt. Edgar Croswell and his partners.

These characters now are marked men, to be watched, investigated, scrutinized. Their days of anonymity are over. And it is possible that 1959 marks the beginning of the end for the Mafia in America.

It took Sgt. Edgar Croswell 13 long years of painstaking investigation to prove his contention that "there's something not on the up-and-up about Joe Barbara." His single-mindedness, frequently decried and ridiculed by rival police, his quiet dedication to duty and the exercise of his own common sense are what made possible the history-making raid at Apalachin.

### Story Starts in 1944

Croswell's story goes back to 1944. He had been a state trooper since August, 1941, starting out as a $900-a-year, stable-cleaning rookie of Troop C at Sidney, N.Y. Later he was promoted to the Bureau of Criminal Investigation. As a plainclothesman he was assigned to cover the district embracing Binghamton, Endicott, Johnson City and neighboring towns in upstate New York.

One afternoon in the summer of 1944 Croswell was patrolling the highways around Endicott when he noticed a truck parked by the side of the road. Soon the truck-driver came out of the near-by bushes. Croswell questioned him. Something in the young man's demeanor aroused the officer's suspicion. In the bushes he found hidden two five-gallon cans of gasoline. This was during the World War II days of gasoline rationing. The youngster admitted he had stolen the fuel from his employer, Joe Barbara, owner of the Mission Beverage Company.

Croswell took the driver in to the state-trooper station and phoned Barbara. In a half hour Joe Barbara appeared.

A short, stocky, swarthy man, then 41, Barbara spoke with a heavy Italian accent. A revolver was tucked in his belt. He was truculent, arrogant and annoyed. When Croswell asked if he wanted to prefer charges against his employee, Barbara, in Croswell's words, "let me have it. He bawled the devil out of me for stopping his driver. I couldn't understand why he was more angry at me than at the kid who'd been stealing his gasoline. I also couldn't understand why he needed a pistol. I asked him if he had a permit for the gun and defiantly he showed it to me."

Later, after Barbara had left without preferring charges, Croswell got to thinking. His feelings mildly outraged, he decided to investigate Joe Barbara. A check of the files showed Barbara had moved into the territory from Pittston, Pa., where he had been involved in three murders but always been released.

"I wondered why," he says, "such a man had been given a pistol permit. I discovered that a local police

*Continued on page 11*

COPY



**MAFIA** continued

Organized crime suffered a blow when "Lucky" Luciano (r.), between two detectives) was convicted in 1936 of compulsory prostitution. Later he was deported, but still is in touch with U. S. hoodlums.

## Croswell wasn't fooled by Barbara's respectable facade

chief had given him a character reference. It aroused my suspicions."

From time to time Croswell subsequently obtained court orders permitting wire-taps on Barbara's telephone line. He overheard nothing incriminating. Most of Barbara's conversations consisted of such dialogue as, "Okay, I meet-a you at where we say," or "That matter we talk about, we fix," or "Don't you worry. We take care of."

In addition to the wire-tap, Croswell checked Barbara's toll calls. He got the bills from the phone company, noted that Barbara frequently contacted known hoodlums and racketeers all over the country.

### A Model Citizen

Croswell mentioned his distrust of Barbara to Woody Fitchette, ace reporter for the Binghamton Press. Both men promised to stay on the Barbara investigation.

Information was difficult to come by. Seemingly, Barbara lived a quiet, respectable life with his wife and three children. He ran his beverage company competently, contributed heavily to civic charities, was regarded as a model citizen by community residents who knew nothing of his background. His son, Joe Jr., played football at Endicott High School. His daughter Angela was extremely popular at the same high school. His other son, Peter, planned to go to the University of Buffalo and study medicine. His wife, a former Josephine Vivona, an Endicott girl, was well-liked and much respected. All in all, Joe Barbara seemed to be an industrious, hard-working Sicilian immigrant who had come to America from the old country, had made a success in the new one.

Croswell, however, along with Fitchette, doggedly refused to accept this facade. The newspaper reporter used to dine occasionally with Marty Mondolfi, a local Inghamton gambler. One evening Fitchette mentioned Joe Barbara's name. Mondolfi glared at him, then said, "Don't ever mention that name when I'm around." He got up, stalked out of the diner. Fitchette says he then was beginning to suspect that Joe Barbara was important in the Syndicate.

He and Croswell then had Barbara's bank transactions checked and reportedly learned that each year large sums of money were being transferred to Barbara's account, ostensibly as unsecured loans, from other Sicilians in Pennsylvania. Why, they wondered, was Joe Barbara being given this money? Fitchette went to the State Liquor Authority and demanded to know why a man with Barbara's background had been granted a liquor license. The State Liquor Authority gave Barbara a hearing and quickly exonerated him.

Convinced that Barbara's influence extended to high places, Croswell still refused to mark Barbara okay. Twice a week he checked the suspect's house. "Somehow," he says, "I felt he was the key mobster in our area. Every time we had some sort of gambling scandal I'd find the men accused visiting Barbara. As a steady routine I took to driving by his house and jotting down the license numbers of the visiting cars and cross-checking their owners."

On October 18, 1956, Croswell's patience began to pay off. On that day Carmen Galente, a notorious gang leader from Brooklyn, N.Y., was stopped for speeding by a state trooper five miles from Binghamton.

### Kefauver: "Top Leaders"

The trooper asked Galente for his license. He presented as his own the license of Joe Di Palermo, the passenger sitting next to him. A third party in the car was Frank Garofalo. Investigation revealed that all three had long been suspected of trafficking in illegal alcohol, had been associates of Joe and Salvatore Profaci, described in the 1951 Kefauver hearings as "top leaders of the Mafia."

With this information, Croswell felt strongly that Joe Barbara was somewhere involved. He checked all the hotels in Broome County and hit pay dirt. Joe Barbara had made reservations at the Arlington Hotel in Binghamton for five visitors, and both he and Garofalo had signed the hotel register. This established Barbara's connection with the Mob.

The next thing Croswell knew, leading politicians from New York and New Jersey began interceding on behalf of Galente, intent upon saving him from a 30-day jail sentence. Apparently Galente had a good deal of influence. A law enforcement officer from another state showed up with $1,000 in cash and offered it to Croswell to forget about Galente. Eventually, however, Galente served 30 days in the Broome County jail.

On November 13, 1957, Croswell and his partner, Trooper Vincent R. Vasisko, were working at the Parkway Motel on Highway 17 investigating a bad check case when Barbara's son, Joe Jr., drove in. Immediately both troopers stepped out of sight. They listened to Joe Jr. reserve three double rooms for the nights of the 13th and 14th. The youth took the keys but refused to register for the occupants.

### Fun at the Barbecue Pit

That night Croswell and Vasisko drove to Barbara's soft-drink plant in Endicott. They found nothing suspicious. At 7 p.m. they checked Barbara's 18-room, $100,000 hillside house in Apalachin. They spotted four big cars in the driveway. One belonged to Patsy Turrigano, a convicted still operator from Endicott. Two were from Ohio and New Jersey. A fourth carried New York license plates. Croswell recorded the numbers, then phoned Arthur Ruston and Kenneth Brown, Treasury agents from the Alcohol Tax Unit.

After that he and Vasisko drove back to the Parkway Motel. The proprietor informed them the two men from the Ohio cars were occupying a room but had refused to register. When the motel man had asked, "You must register," both gangsters had answered, "Don't worry. Joe Barbara will take care of things."

Next day Croswell, Vasisko, Brown and Ruston drove to Joe Barbara's house. This time they hit the jackpot. Sixty-odd visitors were gathered around Barbara's large barbecue pit enjoying themselves. Eight or nine cars were parked in the Barbara garage area. Another 25 were scattered on the grounds.

Screened by the garage and the Barbara kennel, Croswell rapidly began taking down the license numbers. Suddenly, from around the garage a large group of Barbara's visitors appeared. They stopped. They saw Croswell and Vasisko writing furiously. Immediately they panicked, gesturing wildly, shouting in Italian. They ran back howling warnings. At this point several of the mobsters began running out of the house and scattering into the woods. Croswell moved quickly. He knew three roads led out of the Barbara estate. He knew, too, that what he had come across was one of the major gangster conventions of all time.

Two of the exit roads were unpassable, out with fallen bridges. Croswell decided to set up a roadblock at the one passable road and halt every car descending the hill from Joe Barbara's house.

A mile down the road he set up his roadblock. Knowing he would need help, he called Sgt. Walter Kennedy at the trooper station in Vestal, four miles away. Vasisko hurried back to the station to report the situation and to return with as many men as possible. Croswell and Agent Arthur Ruston remained at the roadblock.

Ten minutes later the first of the Mafia cars descended the road. In it were Vito Genovese and Russell Bufalino of Pittston, Pa., reputed heir to the mantle of Santos Volpe, alleged Pennsylvania Mafia chief, and three other men.

*Continued on page 12*

11

**MAFIA** continued



ROSARIO MANCUSO



CONSTENZE P. VALENTI



FRANK J. VALENTI

## These eight men went to jail for the same reason: they

Croswell ordered them out of the car and searched each man. Genovese was cooperative but refused to divulge any information except his name.

Three more cars came down. Croswell checked and searched each occupant. By this time other troopers began arriving from the sub-station at Vestal. A total of 22 arrived, and Croswell dispatched six of them into the woods to retrieve the fleeing gangsters. He then set up a shuttle service between his road block and the Vestal station. He sent some mobsters to Vestal in police cars, let others drive their own vehicles accompanied by armed troopers.

By 5 p.m. on the afternoon of November 14, the Vestal sub-station was jammed with 60 hoodlums, real and alleged. Twelve were captured in the woods and

brought in. Of the 64 who had convened at Barbara's house, only four escaped, two in a cab and two who had hitchhiked to a near-by railroad station.

Croswell ordered each hoodlum to empty his pockets and to remove his shoes. Gangsters have a habit of accusing police officials of robbing them. Croswell says, "I didn't want any of us to be faced with those accusations, so I made each of those guys count his money and reveal whether he had any extra money stashed away in his shoes; shoes are a favorite hiding place for getaway dough." He then took down a personal history of each man: address, age and so forth.

All the men were either Italian or of Italian extraction. All carried large bankrolls. They ranged in age from 45 to 66. All were dressed sharply in dark, ex-



NEWPORT FILTER CIGARETTE ... gives you the coolness of menthol __and__ a refreshing hint of mint

NEWPORT KING SIZE FILTER CIGARETTES

Refreshes while you smoke!

KING SIZE OR CRUSH-PROOF BOX POPULAR FILTER PRICE

A PRODUCT OF P. LORILLARD COMPANY—FIRST WITH THE FINEST CIGARETTES—THROUGH LORILLARD RESEARCH

June 14, 1959

COPY



MICHELE MIRANDA

## uldn't answer one question

sive suits and broad-brimmed hats. But not one
armed. In 1928, 23 *Mafiosi* had met in a Cleveland
el, had unwisely carried firearms, and were ar-
ed. One of them was Joseph Profaci of New York.
s time Profaci and the rest of the Apalachin
*fiosi* were too smart to carry firearms.

But many trembled visibly as Croswell recorded
ir data. Only one, Santo Trafficante, gave a false
ne. Trafficante gave the alias of Louis Santos,
ed he was the manager of the Sans Souci night
b in Havana. Government agents believe it was
fficante who was involved with Albert Anastasia
: taken care of by two Cuban *pistoleros* for trying to
sele in on the Sans Souci gambling concession.
astasia, reportedly the hatchet man who executed
of the 60 victims of Murder Inc., was machine-
ned to death by two masked gunmen in the barber-
p of the Park Sheraton Hotel in New York on
ober 25, three weeks before the Mafia convention
held at Apalachin.

### Courtroom Figure

These past 18 months the Apalachin raid has made
Edgar Croswell a familiar courtroom figure. He has
fied before the New York State Legislative Watch-
Committee, the New York State Investigation
mission, the McClellan Committee in Washing-
D.C. He has been interviewed by representatives
i the Immigration Department, the Internal Rev-
: Service, the FBI, the Treasury Department, has
n much valuable information to various federal
state grand juries and to other agencies that have
ested his cooperation.

odest by nature, he has told reporters on occasion
"I feel guilty about these interviews and publicity.
il my partner, Trooper Vincent R. Vasisko, de-
:s a good deal of the credit given me. He played a
: part in the affair, and I've got an awful lot of
:ct for his ability and his willingness to do good,
: digging. That's the only way one gets any results
: is field."

hat sort of man is Ed Croswell? At 46, he looks
: detective when he wears his hat, like a business
ative when he doesn't. Tall (5′ 10″, 203 pounds)
white-haired, he is tenacious, sharp-eyed. Police
: is his whole life. He suffers from ulcers, which
:nsiders an occupational disease. In a restrained,
:sey way he is friendly and good-natured. He
:es well, drives a Buick, resembles anyone but
:antry cop, which he likes to say he is. "I'm a
:al New York State policeman" is his favorite
:description. Obviously he would be at home in the
:igence division of any metropolitan police force.
: thing that is certain about Ed Croswell: the
: will never forget him.                   ■



PAUL C. CASTELLANO

JOSEPH RICCOBONO



SAMUEL LAGATTUTA

CARMINE LOMBARDOZZI




# CURAD   New "mercy bandage"

## won't pull the scab off

**NOT THIS!**       **NOW THIS!**

Unlike gauze bandages, new CURAD with non-sticking Telfa® pad
won't stick when you take it off . . . won't reopen healing wounds

No more crying when the bandage has to
come off. New Curad "mercy bandage"
has a pad of Telfa (like the Telfa Dressings
used in hospitals). Gauze is covered with a
plastic surface which never sticks to the
wound, won't pull the scab off.

Flesh color or transparent for adults, Bat-
tle Ribbon colors and designs for the kids.
Medicated. Waterproof.



Curad bandages for cuts,
scratches; Telfa sterile
pads for larger wounds.

**Bauer & Black**
DIVISION OF THE KENDALL COMPANY

---

### IRRITATED EYELIDS?

● Bathe them with LAVOPTIK Eye Lo-
tion. Promptly soothes. Also relieves
inflamed, sore, burning, itching eyes,
soothes tired eyes or money back. Insist
on LAV-OP-TIK Eye Lotion. Depend on
45 years' success. Free Eye-cup included
in package. All druggists.

### Now Many Wear
## DENTAL PLATES
### With Little Worry

Eat, talk, laugh or sneeze without
fear of insecure false teeth dropping,
slipping or wobbling. FASTEETH
holds plates firmer and more com-
fortably. This pleasant powder has
no pasty taste or feeling. Doesn't
cause nausea. It's alkaline (non-
acid). Checks "plate odor" (den-
ture breath). Get FASTEETH at
drug counters everywhere.

## DON'T LIE AWAKE AGAIN TONIGHT!

You'll fall asleep fast, sleep soundly
all night, with safe, non-narcotic
*SLEEP-EZE* Tablets. Contain no
dangerous, habit-forming drugs. Yet
proved effective as barbiturate pills
in clinical tests. Coronet Magazine
reports *SLEEP-EZE* "well within
*the safe medication zone"* — the
only tablets so designated. Get
*SLEEP-EZE* today. At drug
counters everywhere. 79c. No
prescription needed. Money back
guarantee. Don't lie awake again
tonight. Just take *SLEEP-EZE* and
close your eyes. Next thing you'll
know, it's morning!   *Reg. U. S. Pat. Off.*

---

### New NP-27® Treatment Kills Athlete's Foot Fungus
### Under Skin Surface—Even Penetrates Into Toenails.

Promotes growth of healthy tissue,
guards against infection coming back.

Latest laboratory tests prove
NP-27 Liquid not only works *under*
skin surface, but even penetrates
into toenails to kill fungus where
it breeds and spreads. Works in the
vital under-surface skin layers where
ordinary remedies cannot reach.

Using new NP-27 Liquid-Powder
Treatment, doctors in two leading
clinics found that Athlete's Foot,
Ring Worm and other fungus in-
fections, even stubborn cases, clear

up usually within two weeks—often
in less than 7 days.

As part of Treatment, new NP-27
Medicated Powder dries the foot
perspiration that helps fungus
grow, eliminates surface fungus,
deodorizes and soothes chafed skin,
guards against re-infection.

New NP-27 Treatment *guarantees*
effective relief, or full refund from
druggist. Save on special introduc-
tory price. Regularly $1.87, new
NP-27 Liquid-Powder Treatment
now for limited time only $1.59.

13

COPY

# FAST-THINKING NETTED 60 HOODS

# Trooper's Own Story

### By SGT. EDGAR D. CROSWELL

Important? Far-reaching? Yes, I believe our roundup was all of that.

But the thing I'd like to have remembered about it was that it was just another job. We didn't set out to do something spectacular. We were doing a routine, everyday task, taking the situation as we found it, trying to handle each step in the right way as we came to it.

**IF I HAD 60 MEN** on our hands, rather than one or two main ones—that's all the difference. But that was the way it developed. We hadn't started to do anything about any idea of a major cleanup; I don't even like to hear it called a "raid." There were no plans to raid Joseph Barbara's big stone ranch house; we didn't start out with a raiding party.

IF it was a case—as any routine case could grow to be—of tackling a little job, and holding on, sitting on top of it, wherever it led us.

Actually it started the day before. We were working on something altogether different; a routine bad-check case. The check had been passed on a reputable business man, proprietor of a motel.

**WE WERE TALKING** to the motel man at his place when my partner, Trooper V. R. Vasisko, and I saw Joseph Barbara, Jr., walk in to the motel office.

We've been keeping an eye on his father for years. Barbara, Sr., has been suspected of murder, at least three times; he's been arrested on a Sullivan Law charge and convicted of an OPA sugar-rationing violation. So naturally we are interested in his activities.

After the son left we asked what he'd been doing there, and learned he had reserved three rooms for two nights, saying there was to be a convention of Canada Dry men.

**SO WE TOOK** a look at the Barbara residence to see if anything might be going on. Things were quiet, but we did see two out-of-state cars parked there. Later the same two cars showed up at the motel and their occupants stayed overnight.

But they didn't register. We sent the motel proprietor to ask them to register, and they refused.

So we were pretty sure by then that something was going on that we ought to look over.

The next day we checked Barbara's bottling plant, in Endi-

cott, and then his home again, and saw the whole flock of people and cars in his yard.

**WE BACKED** out of sight of the driveway, but we had been seen. Somebody shouted something. We turned around and set up a roadblock on the road which was the only way out.

There were only four of us: My partner and I, and two agents of the U.S. Treasury Department's alcohol unit—Arthur Ruston and Kenneth Brown. We'd had only a glimpse, but it was clear from the number of men we'd seen that more help would be needed. I radioed for another car to meet us and sent my partner back to the substation to get in touch with our superiors.

Other men and cars were dispatched immediately into the area.

**RIGHT AWAY** the racketeers started scurrying. Cars began coming down the road at 1:20 p.m. It was almost midnight before we stopped the last one and completed the roundup.

Some of the Barbara guests had panicked and run off into the woods, and some of those tore up their identification papers and everything they had in their pockets except their money. But they weren't hard to find. They were out of place in those woods, and we hauled them in covered with brambles.

Most, identified themselves without giving us any difficulty. A couple were snappish, replying to questions with: "Do I have to answer that?"

The men were taken to the Vestal substation for questioning.

**WHEN WE TOLD** them, "No, you don't have to," they let it go at that and gave no answers. But that was only two or three. Most were careful to be polite. As for their reasons for being there, without exception they said they just happened to drop in on their sick friend, Barbara.

I worked right through, first at the roadblock, then at the questioning. I think we got all the men. There were 60 of them. We recorded all the names; I've seen a higher figure reported, but I don't know where it came from. It was not correct, as far as I know.

After the questioning, we let them go. We had thought of holding them, but on what charge? There was nothing, in deciding, on which they could be held.

We had accomplished our main purpose: To show up Barbara, to get publicity on this meeting, and give investigative units a chance to note these men and dig into their affairs.

---

All the current overlords of the underworld may tumble—as a direct result of their "innocent" visits to that sick friend, Joseph Barbara, in his hilltop hideaway at Apalachin, N. Y., on Nov. 14.

Exposure of the names of the 60 who gathered there, many of them top-hands in the Mafia, has resulted in a flood of investigations by a dozen different law-enforcement agencies.

Bound to follow are income tax raps, deportation proceedings, the breaking up of rackets—perhaps clues to the murder of Albert Anastasia and others.

Here is the story of how the roundup come about, written exclusively for the New York Mirror by the many who started the roundup and saw it through: State Police Sgt. Edgar D. Croswell, of the Vestal Barracks.



SGT. EDGAR CROSWELL: "It was just another job."
(Mirror Photo by Dick Kersting)

COPY